IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARIN CONNOR                                        )
4455 Connecticut Ave NW #933                       ):
Washington DC 20008                                )
                                                   )
        Plaintiff,                                 )
                                                   )
v.                                                 )        Civil No. 26-1521
                                                   )
JAMES NEHER                                         )
NANCY NEHER                                         )
JAMES & NANCY NEHER LIVING TRUST                   )
1806 Merrifields Dr                                )
Silver Spring, MD 20906                            )
                                                   )
        Defendants.                                )
_____          )

ERRATA

PLEASE TAKE NOTICE that the Defendants, James Neher, Nancy Neher and the James &

Nancy Neher Living Trust, by and through the undersigned counsel, are filing the attached corrected

Notice of Removal, showing the addresses of the parties in the caption.  That is the only change.


        DATED :  **May 6, 2026**

                                        Respectfully submitted,

                                        */s/ Daniel M. Press*
                                        Daniel M. Press
                                        D.C. Bar No. 419739
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, # 200
                                        McLean, VA 22101
                                        Ph. # 703-734-3800
                                        Fax # 703-734-0590
                                        dpress@chung-press.com
                                        Counsel for Defendants

1

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2026, I caused a true copy of the foregoing document to be served upon counsel for Plaintiff by email and first class mail, postage prepaid, as follows:

Lucrecia Johnson, Esq.
LPJ Legal PLLC
853 New Jersey Ave, S.E., Suite 200
Washington, D.C. 20003
　　　lucrecia@lpjlegal.com


　/s/ Daniel M. Press_____
Daniel M. Press

2