IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARIN CONNOR<br>4455 Connecticut Ave NW #933<br>Washington DC 20008<br><br>    Plaintiff,<br><br>v.<br><br>JAMES NEHER<br>NANCY NEHER<br>JAMES & NANCY NEHER LIVING TRUST<br>1806 Merrifields Dr<br>Silver Spring, MD 20906<br><br>    Defendants. | )<br>):<br>)<br>)<br>)<br>)<br>)   Civil No. 26-1521<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendants, James Neher, Nancy Neher and the James & Nancy Neher Living Trust, by and through the undersigned counsel, pursuant to 28 U.S.C. § 1441, remove this action to this Court from the Superior Court of the District of Columbia, in which court it has Case Number 2026-CAB-002111, and in support thereof state as follows:

1. Plaintiff alleges that is a citizen of the District of Columbia, and Defendants therefore assert the same.

2. Defendants James Neher and Nancy Neher are individual citizens of Maryland.

3. Defendant JAMES & NANCY NEHER LIVING TRUST is a revocable trust of which Defendants James and Nancy Neher are the trustees, and is therefore a citizen of Maryland.

4. Plaintiff being a citizen of the District of Columbia, and Defendants being citizens of Maryland, and the amount in controversy being in excess of $75,000.00, this Court has jurisdiction over this action under 28 U.S.C. 1332.

5. None of the parties in interest properly joined and served being citizens of the

1

District of Columbia, this action is removable under 28 U.S.C. § 1441(b).

6.      Copies of all process, pleadings, and orders filed in the D.C. Superior Court are attached hereto.  Service of process was effected less than 30 days prior to the date hereof. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

WHEREFORE, this action is hereby removed to the United States District Court for the District of Columbia.

DATED :  **May 4, 2026**

Respectfully submitted,

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
Fax # 703-734-0590
dpress@chung-press.com
Counsel for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2026, I caused a true copy of the foregoing Notice to be served upon counsel for Plaintiff by email and first class mail, postage prepaid, as follows:

Lucrecia Johnson, Esq.
LPJ Legal PLLC
853 New Jersey Ave, S.E., Suite 200
Washington, D.C. 20003
        lucrecia@lpjlegal.com

In addition, a copy hereof is being filed in the office of the D.C. Superior Court and will be served by that Court's e-filing system.

 /s/ Daniel M. Press_____
Daniel M. Press

2