IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARIN CONNOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 26-1521 |
| | ) | |
| JAMES NEHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ANSWER

NOW COME the Defendants, through counsel, and for their Answer to the Complaint herein state as follows:

As to the numbered paragraphs, Defendants respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Admitted.

10. Admitted that the stated provisions were some of the terms of the contract.

11. Denied as stated.  Paragraph 2 did not include the said addendum but provided that the separate addendum was incorporated into the contract.

12. Admitted that the stated provision was a term of the contract.

13. Admitted that the stated provision was a term of the contract.

1

14. Admitted.

15. Denied.

16. Admitted that the stated provision was a term of the contract.

17. Admitted that the stated provisions were some of the terms of the contract.

18. Admitted that the stated provision was a term of the contract.

19. Admitted that the said addendum laid out some of the terms; otherwise denied.

20. Admitted.

21. Denied.

22. Admitted.

23. Denied.  It was not signed and ratified by the Broker until July 7, 2025.

24. Denied.  The note was provided by the settlement company selected by Plaintiff.

25. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25 and therefore deny the same.   Defendants acknowledge that it is not the current FNMA form 6010 or 3200.  Defendants deny that they prepared the note or gave it to Plaintiff.

26. Denied.

27. Admitted; but Defendants aver that nothing in the Contract or DC law prohibited a confessed judgment provision.

28. Admitted that the standard forms do not include such terms, but Defendants aver that in commercial transactions such as this, such terms are routinely included in the District of Columbia.

29. Admitted.

30. Denied.

31. Admitted that Plaintiff objected; otherwise denied.

32. Denied.

33. Denied.

34. Denied.

35. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 and therefore deny the same.

36. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 and therefore deny the same.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Admitted that Plaintiff so seeks; but denied that Plaintiff is entitled to the relief requested.

42. Defendants incorporate their response to Paragraph 41.   To the extent Plaintiff intended to incorporate all preceding paragraphs, Defendants incorporate their responses thereto.

43. Admitted.

44. Denied.

45. Denied.

46. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 and therefore deny the same.

47. Admitted that specific performance is an appropriate remedy in the event of a breach; but denied that such a breach exists.

48. Denied.

49. Defendants incorporate their response to Paragraph 48.   To the extent Plaintiff intended to incorporate all preceding paragraphs, Defendants incorporate their responses thereto.

50. Admitted that the quote is accurate but denied that this is a complete and accurate statement of the law.

51. Admitted that, apart from the bracketed material, the quote is accurate but denied that this is a complete and accurate statement of the law.

52. Denied.

53. Defendants incorporate their response to Paragraph 52.   To the extent Plaintiff intended to incorporate all preceding paragraphs, Defendants incorporate their responses thereto.

54. Admitted that this is a partial but incomplete statement of the law.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Defendants incorporate their response to Paragraph 59.   To the extent Plaintiff intended to incorporate all preceding paragraphs, Defendants incorporate their responses thereto.

61. Admitted that this is a partial but incomplete statement of the law.

62. Denied.

63. Denied.

64. Defendants incorporate their response to Paragraph 63.   To the extent Plaintiff intended to incorporate all preceding paragraphs, Defendants incorporate their responses thereto.

65. Admits that Plaintiff so pleads; denied that Plaintiff is entitled to such relief.

66. Admitted that this is a partial but incomplete statement of the law,

67. Admitted that this is a partial but incomplete statement of the terms of the contract.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Defendants incorporate their response to Paragraph 71.   To the extent Plaintiff intended to incorporate all preceding paragraphs, Defendants incorporate their responses thereto.

73. Admitted that Plaintiff so pleads, but denied that Plaintiff is entitled to such relief.

74. Denied.

75. Denied.

76. Denied.

Defendants deny each and every allegation not expressly admitted, and deny that Plaintiff is entitled the relief requested, or any relief.

*Separate and Affirmative Defenses*

1. The Complaint fails to state a claim on which relief may be granted.

2. Plaintiff materially breached the contract, excusing performance by Defendants.

3. Plaintiff's claims are barred by waiver and estoppel, including by the fact that the loan documents at issue were prepared not by Defendants but by an agent of Plaintiff.

4. The contract includes the following provision: "District Title LLC will prepare the full set of seller-financing documents, including a Promissory Note and Deed of Trust, securing the seller's interest with a recorded lien on the property. The documents will outline the loan terms, including interest payments, amortization, Jate fees, default provisions, and acceleration clauses. The package will be structured to maximize the seller's legal protections in the event of non-payment or default by the buyer." All terms Plaintiff complains of are within the scope of this provision.

5. Plaintiff represented and warranted that he will not occupy the property as his residence. As such, the consumer protection provisions of DC law do not apply.

WHEREFORE, Defendants respectfully request that the Complaint be dismissed, that Plaintiff recover nothing thereon, and that Defendants be awarded their costs and a reasonable attorney's fee.

DATED : **May 11, 2026**

Respectfully submitted,

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
dpress@chung-press.com
Counsel for Defendants

5