IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARIN CONNOR )
)
    Plaintiff, )
)
v. )    Civil No. 26-1521
)
JAMES NEHER, et al., )
)
    Defendants. )
_____ )

## RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

NOW COME the Defendants, through counsel, and for their Response to the Motion for Preliminary Injunction state as follows:

Suffice it to say that Defendants dispute liability in this case and do not believe Plaintiff will prevail on the merits; that any harm will be irreparable; or that the public interest favors the injunction. Defendants also dispute many of the factual allegations, which are not supported by any affidavits.

Nonetheless, as Defendants do not intend to sell the property during the pendency of this litigation, and in fact want to sell it to Plaintiff should he agree on financing terms consistent with the Contract, Defendants do not oppose entry of the injunction Plaintiff seeks, with one exception.

That exception is that the injunction precludes "encumbering" the property. The term "encumber" is not further defined in the order, but it could be read to include leasing the property, which is necessary to keeping it operational for the benefit of all parties. Further, although they have no present intention to do so, Defendants should be allowed to borrow against the property to the extent that such loan does not exceed what they would receive at settlement on the sale (i.e., the 25% down payment) to pay off such loans, as the contract only requires that the property be conveyed free of liens *at settlement*. Accordingly, the term "encumber" should be removed from the proposed order.

DATED :  **May 11, 2026**

Respectfully submitted,

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
dpress@chung-press.com
Counsel for Defendants