IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARIN CONNOR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 26-1521 |
| | ) |
| JAMES NEHER, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

PRAECIPE TO FILE AGREED ORDER

As directed by the Court, the parties submit to the Court for entry the attached Agreed Order resolving the Plaintiff's Motion for Preliminary Injunction.   Counsel for Plaintiff has advised the undersigned that she consents to entry of the attached order.


DATED :  **May 18, 2026**

Respectfully submitted,

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
dpress@chung-press.com
Counsel for Defendants

1