IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARIN CONNOR                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        Civil No. 26-1521
                                      )
JAMES NEHER, et al.,                  )
                                      )
        Defendants.                   )
_____  )

CONSENT ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of the Plaintiff's Motion for Preliminary Injunction and Defendant's response thereto, and the consent of the parties to the terms hereof, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that until further order of this Court, Defendants are enjoined from selling, transferring, or otherwise disposing of any interest in the Real property located at 2315 Green Street SE, Washington, DC (the "Property"). Nothing in this Order shall be construed to preclude Defendants from leasing the Property or any portion thereof or otherwise operating the property in the ordinary course of their business, nor from incurring debt secured by the Property in an amount not to exceed $165,000.

SO ORDERED, this _____ day of _____, 2026.

_____
U.S. District Judge

1