UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larin Connor,<br><br>   Plaintiff,<br><br>  v.<br><br>James Neher, et al.,<br><br>   Defendants. | Civil Action No. 1:26-cv-01521 |

## JOINT STATUS REPORT

Pursuant to the Court's Standing Order, Plaintiff Larin Connor and Defendants James Neher, Nancy Neher, and James & Nancy Neher Living Trust (collectively "Defendants") hereby submit this joint status report.

Parties are working towards a resolution in this matter. The parties expect to reach a resolution within the next five (5) days and anticipate the terms of the settlement being met in forty-five (45) days. Parties will apprise the Court promptly of a stipulated dismissal upon resolution.

Dated: July 6, 2026        Respectfully submitted,

/s/ Lucrecia P. Johnson      /s/ Daniel M. Press
Lucrecia P. Johnson, Esq.     Daniel M. Press
DC Federal Bar# 1015623     D.C. Bar No. 419739
LPJ Legal PLLC        Chung & Press, P.C.
853 New Jersey Ave SE, Suite 200  6718 Whitter Ave #200
Washington, DC 20003      McLean, VA 22101
lucrecia@lpjlegal.com      dpress@chung-press.com
(202) 643-6211        (703) 734-3800
*Counsel for Plaintiff*       *Counsel for Defendants*