IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARIN CONNOR                              )
                                          )
    Plaintiff,                            )
                                          )
v.                                        )        Civil No. 26-1521
                                          )
JAMES NEHER, et al.,                      )
                                          )
    Defendants.                           )
_____   )

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned counsel for Defendants is

changing firms.  The new address is below.


DATED :  **August 14, 2026**

                    Respectfully submitted,

                    */s/ Daniel M. Press*
                    Daniel M. Press, DC Bar 419739
                    Law Offices of Daniel M. Press
                    201 Washington St.
                    Cumberland MD 21502
                    (703) 725-7600
                    dan@danpress.us

1