UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larin Connor,<br><br>Plaintiff,<br><br>v.<br><br>James Neher, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-01521 |

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order, Plaintiff Larin Connor and Defendants James Neher, Nancy Neher, and James & Nancy Neher Living Trust (collectively "Defendants") hereby submit this joint status report.

The Parties have reached a resolution in this matter. The terms of the settlement agreement will be met by September 30, 2026. Parties will apprise the Court promptly of a stipulated dismissal upon resolution.

Dated: August 21, 2026

Respectfully submitted,

/s/ Lucrecia P. Johnson
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211
*Counsel for Plaintiff*

/s/ Daniel M. Press
Daniel M. Press
D.C. Bar No. 419739
Chung & Press, P.C.
6718 Whitter Ave #200
McLean, VA 22101
dpress@chung-press.com
(703) 734-3800
*Counsel for Defendants*