UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larin Connor,<br><br>Plaintiff,<br><br>v.<br><br>James Neher, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-01521 |

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order, Plaintiff Larin Connor and Defendants James Neher, Nancy Neher, and James & Nancy Neher Living Trust (collectively "Defendants") hereby submit this joint status report.

The Parties have reached a resolution in this matter. The parties expected that the terms of the settlement agreement would be met by September 30, 2026, but the closing has been delayed due to issues under the DC Tenant Opportunity to Purchase Act (TOPA).

The Parties will apprise the Court promptly of a stipulated dismissal upon resolution.

Dated: October 9, 2026

Respectfully submitted,

/s/ Lucrecia P. Johnson
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211
*Counsel for Plaintiff*

/s/ Daniel M. Press
Daniel M. Press
D.C. Bar No. 419739
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
*Counsel for Defendants*